# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SIVA RAMA RAO KOTAPATI,

    Plaintiff,

    v.

HAE YOUNG KIM, and All Occupants of the Premises located at 18611 37th Dr. SE, Bothell, WA 98102,

    Defendant.

Case No. C17-0593RSL

ORDER OF REMAND

Plaintiff Siva Rama Rao Kotapati filed this unlawful detainer action in state court. On April 17, 2017, defendant Hae Young Kim removed the case to federal court alleging that the Court has jurisdiction based on an issue of federal bankruptcy law and/or diversity of citizenship. The Court ordered defendant to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. No response having been received, the Clerk of Court is directed to remand this matter to Snohomish County Superior Court.

Dated this 11th day of May, 2017.

/s/ Robert S. Lasnik

Robert S. Lasnik
United States District Judge

ORDER OF REMAND - 1